Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO REUBEN ARREGUIN,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, a California Corporation and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-02511-MWF(PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Date of Filing: October 12, 2018<br>(Los Angeles Superior Court)<br><br>Trial Date: September 8, 2020 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: July 11, 2019

*Paul L. Abrams*

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE